```
 1                         JS - 6
 2
 3
 4
 5
 6
 7
 8            UNITED STATES DISTRICT COURT
 9            CENTRAL DISTRICT OF CALIFORNIA
10
11  WELLS FARGO ADVISORS,    )   Case No. EDCV 11-01086 VAP
                             )   (DTBx)
12            Plaintiff,     )
                             )   JUDGMENT
13        v.                 )
                             )
14  MICHAEL W. LOPEZ,        )
                             )
15            Defendants.    )
    _____ )
16
```

17 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18      Pursuant to the Order filed herewith, IT IS ORDERED
19 AND ADJUDGED that judgment be entered in Plaintiff's
20 favor on its Complaint, and that Defendant be required to
21 pay as follows:
22      1.   $106,655.50 in compensatory damages for the Note
23           and overpayment of commissions;
24      2.   interest at the rate of 8.5% per annum from
25           March 31, 2009, until the award is paid in full
26           on the amount of $91,830.86;
27
28

```
 1      3.   interest at the rate of 7.00% per annum from
 2           March 31, 2009, until the award is paid in full
 3           on the amount of $14,824.64;
 4      4.   $15,000.00 in attorneys' fees; and
 5      5.   $1,425.00 in hearing session fees.
 6
 7      The Court orders that such judgment be entered.
 8
 9  Dated: February 10, 2012         /s/ Virginia A. Phillips
10                                   _____
                                         VIRGINIA A. PHILLIPS
11                                    United States District Judge
```