JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL W. LOPEZ, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 11-01086 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in Plaintiff's favor on its Complaint, and that Defendant be required to pay as follows:

    1.   $106,655.50 in compensatory damages for the Note and overpayment of commissions;

    2.   interest at the rate of 8.5% per annum from March 31, 2009, until the award is paid in full on the amount of $91,830.86;

3.  interest at the rate of 7.00% per annum from March 31, 2009, until the award is paid in full on the amount of $14,824.64;
4.  $15,000.00 in attorneys' fees; and
5.  $1,425.00 in hearing session fees.

The Court orders that such judgment be entered.

Dated: February 10, 2012

VIRGINIA A. PHILLIPS
United States District Judge

2