1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  WELLS FARGO ADVISORS,    )   Case No. EDCV 11-01086 VAP
    LLC,                     )   (DTBx)
12                           )
                 Plaintiff,  )   **AMENDED JUDGMENT**
13                           )   **(NUNC PRO TUNC)**
         v.                  )
14                           )
    MICHAEL W. LOPEZ,        )
15                           )
                 Defendant.  )
16  _____ )

17
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
18
19     Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that judgment be entered in Plaintiff's
21  favor on its Complaint, and that Defendant be required to
22  pay as follows:
23
24     1. $106,655.50 in compensatory damages for the Note
25        and overpayment of commissions;
26
27
28

```
 1      2. interest at the rate of 8.5% per annum from
 2         March 31, 2009, until the award is paid in full
 3         on the amount of $91,830.86;
 4
 5      3. interest at the rate of 7.00% per annum from
 6         March 31, 2009, until the award is paid in full
 7         on the amount of $14,824.64;
 8
 9      4. $15,000.00 in attorneys' fees; and
10
11      5. $1,425.00 in hearing session fees.
12
13  The Court orders that such judgment be entered.
14
15
16  Dated: July 19, 2012                _____
                                         VIRGINIA A. PHILLIPS
17                                       United States District Judge
```