UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL W. LOPEZ,<br><br>          Defendant. | Case No. EDCV 11-01086 VAP (DTBx)<br><br>**AMENDED JUDGMENT (NUNC PRO TUNC)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in Plaintiff's favor on its Complaint, and that Defendant be required to pay as follows:

   1. $106,655.50 in compensatory damages for the Note and overpayment of commissions;

|     |     |
| --- | --- |
| 1   | 2. interest at the rate of 8.5% per annum from |
| 2   | March 31, 2009, until the award is paid in full |
| 3   | on the amount of $91,830.86; |
| 4   |     |
| 5   | 3. interest at the rate of 7.00% per annum from |
| 6   | March 31, 2009, until the award is paid in full |
| 7   | on the amount of $14,824.64; |
| 8   |     |
| 9   | 4. $15,000.00 in attorneys' fees; and |
| 10  |     |
| 11  | 5. $1,425.00 in hearing session fees. |
| 12  |     |
| 13  | The Court orders that such judgment be entered. |

Dated: July 19, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge